<u>Continuation in Support of Warrant Application</u>

## Introduction

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since October of 2018, I am currently assigned to the Detroit Field Division, Lansing Satellite Office. Prior to being assigned to the Lansing Office, I was assigned to the ATF Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for the Michigan State Police, I was a local police officer for the Grand Ledge (MI) Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI's Safe Streets Task Force (Flint, MI). During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, violent crime, criminal street gangs, and other violations of federal law. The facts in this Continuation come from my personal observations, training, experience, and information obtained from other witnesses. This Continuation is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2.   I submit this continuation in support of an application for a warrant for MAURICE RAY JR for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

3.   RAY has been convicted of the following felony offenses:

   a)   felony receiving and concealing stolen property – motor vehicle and felony possession of controlled substances, on or about July 9, 2014;

   b)   felony witness intimidation, on or about November 20, 2019;

   c)   conspiracy to distribute narcotics and distribution of narcotics in the Western District of Michigan, on or about September 1, 2015. This was followed by multiple probation violations.

**April 2, 2025**

4.   On April 2, 2025, at approximately 2:40am, Lansing Police Officers were dispatched to 111 E Oakland Avenue Lansing, MI for a report of a man pointing a gun at a female prior to leaving. Contact was made with victim 1 (V1).

5.   V1 advised that RAY was at V1's residence banging on V1's window. V1 came outside as a vehicle sped from the scene but V1 heard a female screaming for help in the street (V2). V1 went to assist V2 when RAY came back in a black Chevrolet Trailblazer MI Registration 7QBZ64 (suspect vehicle). RAY pulled the vehicle up close and said, "I got something for you bitches!" RAY then pulled out a black pistol and pointed it at V1's face. V1 advised that RAY attempted to shoot V1, but she could hear the firearm "click" as if it misfired. RAY and V2 then left the scene as RAY told V2 to get in the vehicle. V1 also advised that RAY had struck V2 with his vehicle which is why she was screaming for help. Officers looked at surveillance footage from

V1's house which showed RAY strike V2 with his vehicle prior to coming back and pulling a pistol. Ray was observed wearing a brown colored sweatshirt.

6. Lansing Police Officers advised Ingham Dispatch to put a "Be on the Lookout" for RAY's vehicle. Lansing Township Police Officers located the suspect vehicle around ML King and W. Oakland Avenue with a defective. Officers tried to conduct a traffic stop on the suspect vehicle, but it fled and officers pursued. RAY and the suspect vehicle came to a stop but then fled again which caused another pursuit.

7. RAY's vehicle eventually stopped near the intersection of W. Sheridan Road and Turner Street. RAY was arrested for felonious assault. He was a brown colored hoodie which was resembled the surveillance footage in paragraph 5. The suspect vehicle was searched incident to arrest and no firearm was located.

8. Officers backtracked the route of the pursuit. Near Glenn Street and ML King officers located a black watch cap which contained a black Hi-Point semi-automatic pistol model: C9 bearing S/N P10158390 inside loaded eight rounds with one round chambered. Additionally, a K9 Officer advised that a K9 indicated on the black hat indicating that there was fresh human odor.

9. The firearm and all recovered 9mm ammunition was manufactured outside the State of Michigan.

## Conclusion

10. I respectfully submit that there is probable cause that, on the occasion describe above, RAY was a felon in possession of a firearm and/or ammunition, in violation of 18 U.S.C. § 922(g)(1).